# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:17CR185 |
| --- | --- |
| Plaintiff, | |
| vs. | ORDER |
| CREIGHTON JONES, | |
| Defendant. | |

**THIS MATTER** is before the court on the motion of A. Michael Bianchi to withdraw as counsel for the defendant, Creighton Jones (Filing No. 15). For good cause shown, the motion will be granted.

**IT IS ORDERED** that the Federal Public Defender is appointed to represent the defendant Creighton Jones for the balance of these proceedings pursuant to the Criminal Justice Act. A. Michael Bianchi shall forthwith provide the Federal Public Defender's Office any discovery materials provided to the defendant by the government and any such other materials obtained by Mr. Bianchi which are material to Creighton Jones' defense.

The clerk shall provide a copy of this order to the Federal Public Defender's Office and the Federal Public Defender's Office shall file an appearance forthwith.

Dated this 29th day of June, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge