IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:17CR185 |
| vs. | |
| CREIGHTON JONES, | ORDER |
| Defendant. | |

This matter is before the court on defendant's unopposed MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE [23]. The Court notes that the aforementioned Motion to Continue was filed out of time, and that Pretrial Motions were due on July 18, 2017. However, for good cause shown, I find that the motion should be granted. The defendant will be given an approximate 60-day extension. Pretrial Motions shall be filed by September 18, 2017. Additionally, the Jury Trial set for August 8, 2017 will be cancelled.

**IT IS ORDERED:**

1. Defendant's unopposed MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE [23] is granted. Pretrial motions shall be filed on or before September 18, 2017.

2. Defendant is ordered to file the affidavit required by as required by NECrimR 12.3(a) forthwith.

3. The Jury Trial set for August 8, 2017 is hereby cancelled.

4. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between today's date and September 18, 2017, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

Dated this 20th day of July, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge