# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. CREIGHTON JONES. Defendant. | 8:17CR185 ORDER |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial [71]. Counsel is seeking additional time to resolve this matter short of trial. For good cause shown,

**IT IS ORDERED** that the defendant's Unopposed Motion to Continue Trial [71] is granted as follows:

1. The jury trial now set for March 12, 2019, is continued to **April 30, 2019**.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 30, 2019,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. No further continuances will be granted.

Dated this 15th day of March 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge