IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:17-CR-185 |
| vs. | |
| CREIGHTON JONES, | ORDER OF DISMISSAL |
| Defendant. | |

This matter is before the Court on the government's Motion to Dismiss, Filing 112, the Second Amended Petition for Offender Under Supervision, Filing 110. The Court finds the Motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion to Dismiss, Filing 112, is granted;

2. The Petitions for Offender Under Supervision, Filing 104; Filing 110, are dismissed; and

3. Defendant shall remain on supervised release under the current terms and conditions until his currently scheduled termination date.

Dated this 13th day of May, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge